UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH MOULTRY,<br><br>Defendant. | Case No. 18CR3298<br><br>ORDER |

IT IS HEREBY ORDERED that in the event Defendant KEITH MOULTRY posts bail in San Luis Obispo Superior Court Case No. 16F-02040, he shall self-surrender to the United States Marshall's Service in San Diego, California, within TEN (10) business days of his release on bail.

IT IS FURTHER ORDERED that Defense counsel shall, within 72 hours of Defendant's release, notify the Court in writing of the date on which Defendant is released from state custody.

**IT IS SO ORDERED**.

DATED: August 12, 2019

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT COURT